# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

## JUDGMENT IN A CIVIL CASE

**JUSTIN WYATT,**

Plaintiff,

                CASE NUMBER: 1:14-cv-2116-JDB-egb

v.

**NCI GROUP, INC., d/b/a
NCI BUILDING SYSTEMS,**

Defendant.

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered in the above-styled matter on 9/23/2014, this case is hereby dismissed with prejudice.

**APPROVED:**

                s/J. Daniel Breen
                **Chief United States District Judge**

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**